IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| TERRY MEEKS | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-00113-DC |
| | § | |
| IBN UTHMAN KEARSE AND | § | |
| CAMERON LOGISTICS, LLC | § | |
|     Defendants | § | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS

NOW COMES, TERRY MEEKS, Plaintiff in the above-styled and numbered cause and files this his designation of deposition excerpts.

I.

Should any witness be unavailable and/or Defendants' counsel designate portions of any witnesses' depositions other than those designated herein, Plaintiff expressly reserves the right to supplement this designation with testimony which at this time cannot be anticipated.

II.

Should any party configuration change or different theories of liability or defenses emerge, this Plaintiff reserves the right to amend or supplement these designations.

III.

This Plaintiff specifically anticipates using the following videotaped deposition testimony at the time of trial. These depositions are scheduled to be taken by agreement or the transcript has not been received yet.

    **A. Deposition of Frank Kuwamura, III**

| Page and Line Begin | Page and Line End |
|---|---|
| To be determined. | |

B. **Deposition of Dr. Warren F. Neely**

<u>Page and Line Begin</u>              <u>Page and Line End</u>

To be determined.

C. **Deposition of Defendant IBN Uthman Kearse**

<u>Page and Line Begin</u>              <u>Page and Line End</u>

To be determined.

D. **Deposition of Corporate Representative of Cameron Logistics, LLC**

<u>Page and Line Begin</u>              <u>Page and Line End</u>

To be determined.

                Respectfully Submitted,

                */s/ Paul L. Sadler*
                Paul L. Sadler
                State Bar No. 17512400
                Crystal S. Sadler
                State Bar No. 24103911
                SADLER & SADLER
                Of Counsel – Carabin & Shaw, P.C.
                4372 N Loop 1604 W, Ste. 100
                San Antonio, Texas 78249
                Tel: (210) 908-7000 | Fax: (210) 200-8695
                ps@sadlerandsadler.com
                css@sadlerandsadler.com
                E-service: sadlerandsadler.com
                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel in accordance with the Texas Rules of Civil Procedure on this the 24th of February, 2022.

*Via e-service*
**Leonard R. (Bud) Grossman**
**SBN: 00784182**
**Jonathan Galley**
**SBN: 24074243**
**CRAIG, TERRILL, HALE & GRANTHAM, LLP**
**FirstBank Centre**
**9816 Slide Road, Ste 201**
**Lubbock, TX 79424**
**Telephone: (806) 744-3232**
**Facsimile: (806) 744-2211**
BudG@CTHGlawfirm.com
**Attorneys for Defendants**
**ATTORNEYS FOR DEFENDANT**


_____
**PAUL L. SADLER**