**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **TERRY MEEKS,**<br>            *Plaintiff*,<br><br>v.<br><br>**IBN UTHMAN KEARSE, et al.,**<br>            *Defendants*. | §<br>§<br>§<br>§      **MO:20-CV-00113-RCG**<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the Joint Stipulation of Voluntary Dismissal with Prejudice filed on August 30, 2022. (Doc. 77). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 15th day of September, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE